IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Crim. No. GLR-22-140** |
| **DONTE STANLEY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**REQUEST FOR DETENTION HEARING**

Comes now Donte Stanley, by and through undersigned counsel, and seeks a detention hearing in the above captioned case:

1. Mr. Stanley has been detained in this case since May 2, 2022

2. On May 2, 2022, Mr. Stanley was ordered detained by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or address the detention of the defendant. *See* ECF No. 24.

3. Mr. Stanley has never had a detention hearing in this case.

4. Mr. Stanley is currently detained at Chesapeake Detention Facility in Baltimore, Maryland.

WHEREFORE, Mr. Stanley requests a prompt hearing being held in this matter to set appropriate conditions of release.

Respectfully submitted,

_____/s/_____
Jennifer E. Smith (Bar No. 20767)
The Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
(410) 444-1500 (tel.)
(443) 836-9162 (fac.)
jennsmith0890@gmail.com

*Attorney for Defendant.*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on this day, August 10, 2022, a copy of the foregoing was served on all parties via. ECF.

                                                                                     _____/s/_____
                                                                                  Jennifer E. Smith